# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 4, 2007

132337

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GARY ALLEN REINGARDT,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132337
COA: 271761
St. Joseph CC: 01-010502-FC

On order of the Court, the application for leave to appeal the September 6, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2007

_____
Clerk

p1218